HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
TUCKER J. BOURBON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6: 17-MJ-017-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE AUGUST 21, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| TUCKER J. BOURBON, | |
| Defendant. | |

Defendant TUCKER BOURBON hereby requests that the Court vacate the August 21, 2018 review hearing. The Government is in agreement with the request.

On September 26, 2017, the Court sentenced Mr. Bourbon to 12 months of unsupervised probation with entry of judgment deferred. It imposed conditions that Mr. Bourbon obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Bourbon to pay a $1000 fine.

Mr. Bourbon has paid off his fine and has had no new violations of law. Accordingly, the parties request that the Court vacate the August 21, 2018 review hearing.

Date: August 8, 2018                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Rachelle Barbour*
                                        RACHELLE BARBOUR
                                        Attorney for Defendant
                                        TUCKER J. BOURBON

# **O R D E R**

Pursuant to the parties' request, the court vacates the August 21, 2018, review hearing for Mr. Bourbon.

IT IS SO ORDERED.

Dated: August 9, 2018

_____
UNITED STATES MAGISTRATE JUDGE