HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
RACHELLE BARBOUR, CA SBN #185395
Attorney
Office of the Federal Defender
801 I St. 3rd floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Rachelle.Barbour@fd.org

Attorney for Defendant
TUCKER J. BOURBON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-MJ-17-JDP |
| Plaintiff, | **MOTION TO DISMISS; ORDER** |
| vs. | |
| TUCKER J. BOURBON, | |
| Defendant. | |

Defendant Tucker Bourbon hereby files this motion to dismiss pursuant to 18 U.S.C. § 3607(a). The Government does not oppose this request.

On September 26, 2017, Mr. Bourbon pleaded guilty to possession of a controlled substance in violation of 36 C.F.R. § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Mr. Bourbon a deferred entry of judgment under 18 U.S.C. § 3607(a). On August 9, 2018, the Court vacated Mr. Bourbon's review hearing because he had fully complied with the terms of his probation. Mr. Bourbon's probation expired on September 26, 2018.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." 18 U.S.C. § 3607(a). Here, Mr. Bourbon's term of probation has expired, and he did not violate any condition of his probation. Accordingly, Mr. Bourbon requests that the Court, without entering a judgment

of conviction, dismiss the proceedings.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 9, 2018        */s/ Rachelle Barbour*
                             RACHELLE BARBOUR
                             Attorney for Defendant
                             TUCKER BOURBON

**O R D E R**

Pursuant to 18 U.S.C. § 3607(a), the court hereby dismisses the proceedings against Mr. Bourbon in *United States v. Bourbon*, Case No. 6:17-mj-00017.

IT IS SO ORDERED.

Dated:   October 9, 2018                    _____
                                            UNITED STATES MAGISTRATE JUDGE